No. 606, Misc. VRANIAK v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 607, Misc. HAINES v. RAGEN, WARDEN. C. A. 7th Cir. and the United States District Court for the Northern District of Illinois. Certiorari denied.

No. 608, Misc. YAGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* Solicitor *General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 609, Misc. GALLE v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 610, Misc. HALL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 611, Misc. RODRIGUEZ v. JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 612, Misc. VANDEVER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff* for the United States.

No. 613, Misc. WILSON v. DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Vernon E. West, Chester H. Gray, Milton D. Korman, Harry L. Walker* and *Hubert B. Pair* for respondent.

No. 614, Misc. SPROCH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.